UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:15-cr-153-SEB-TAB |
| BRANDON JORDAN, | ) ) | | - 04 |
| Defendant. | ) ) | | |

**REPORT AND RECOMMENDATION**

On October 24, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 5, 2022. Defendant appeared in person with his appointed counsel Joseph Cleary. The government appeared by Michelle Brady, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition.

2. After being placed under oath, Defendant admitted violation number 1, as modified. [Docket No. 314.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation**
**Number**     **Nature of Noncompliance**

    1    **"The defendant shall not commit another federal, state, or local crime."**

        Mr. Jordan admits to possessing a handgun on June 17, 2022, with a prior felony conviction.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months with no supervision to follow. Defendant requested placement at FCI Greenville.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Greenville. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 10/27/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system