UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00153-SEB-TAB |
| | ) | |
| BRANDON JORDAN, | ) | -04 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that

Brandon Jordan's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of twelve (12) months in the custody of the Attorney General

or his designee, with no supervised release to follow. The Court recommends placement at FCI

Greenville.

**SO ORDERED.**

Date:  _____11/16/2023_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO